# United States District Court
## Southern District of Georgia

JULIAN KENNETH HARDIN,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV 115-023
(underlying CR 111-365)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Order of this Court entered on March 27, 2015, the Petitioner's motion to vacate is hereby DISMISSED. Accordingly, a Certificate of Appealability is hereby DENIED, and the Petitioner is NOT ENTITLED to appeal in forma pauperis. Upon the foregoing, this civil action is hereby CLOSED.

MARCH 27, 2015
*Date*

Scott L. Poff
*Clerk*



(By) Deputy Clerk